**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| BMO HARRIS BANK N.A., | ) |
| PLAINTIFF, | ) ) ) |
| vs. | ) ) |
| JASMIN & JAMEER ENTERPRISES, LLC, et. al, | ) Case No. 16-0826-CV-W-SRB ) ) |
| DEFENDANTS. | ) ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

default judgment is entered in favor of Plaintiff and against Borrowers, jointly and severally on Count I, for breach of the Note, in the amount of $932,465.68 as of September 23, 2016, with interest accruing at the rate of $221.60 per diem to the date of this judgment, additional post-judgment interest according to the law from the date of this judgment, and attorneys' fees and costs until the entire amount is paid.

**IT IS FURTHER ORDERED AND ADJUDGED** that

default judgment is entered in favor of Plaintiff and against Defendant Syed Asif on Count II, for breach of the Syed Guaranty, in the amount of $932,465.68 as of September 23, 2016, with interest accruing at the rate of $221.60 per diem to the date of this judgment, additional post-judgment interest according to the law from the date of this judgment, and attorneys' fees and costs until the entire amount is paid.

**IT IS FURTHER ORDERED AND ADJUDGED that**

default judgment is entered in favor of Plaintiff and against Defendant Clara Asif on Count III, for breach of the Clara Guaranty, in the amount of $932,465.68 as of September 23, 2016, with interest accruing at the rate of $221.60 per diem to the date of this judgment, additional post-judgment interest according to the law from the date of this judgment, and attorneys' fees and costs until the entire amount is paid.

| | |
|---|---|
| September 30, 2016 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |