IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BMO HARRIS BANK N.A., | ) |
|       PLAINTIFF, | ) |
| vs. | ) |
| JASMIN & JAMEER ENTERPRISES, LLC, et. al, | ) Case No. 4:16-cv-00826 |
|       DEFENDANTS. | ) |

**NOTICE OF PARTIAL SATISFACTION OF JUDGMENT**

BMO Harris Bank, N.A., ("**Plaintiff**") hereby acknowledges partial satisfaction of the Default Judgment filed in the above captioned matter on September 30, 2016 in favor of Plaintiff and against Defendants Jasmin & Jameer Enterprises, LLC; Jas & Jam, LLC; Syed Asif; and Clara Asif (collectively, "**Defendants**"). Plaintiff has received payment in the total amount of $256,191.75 on or about October 5, 2016. The amount of Plaintiff's judgment against the Defendants is reduced accordingly.

Respectfully submitted,

**LATHROP & GAGE LLP**

 */s/ Ryan E. Shaw*
John T. Coghlan (36361)
Ryan E. Shaw (57897)
2345 Grand Blvd., Ste. 2200
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
jcoghlan@lathropgage.com
rshaw@lathropgage.com

26441591v1

# CERTIFICATE OF SERVICE

I hereby certify that, on October 21, 2016, I electronically filed the above document with the clerk of the court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. Copies of the above document were also sent by U.S. Mail to all of the Defendants at the addresses below:

JASMIN & JAMEER ENTERPRISES, LLC,
c/o Clara Asif
10711 E Thompson Road
Lees Summit, MO  64086

JAS & JAM, LLC,
c/o Clara Asif
10711 E Thompson Road
Lees Summit, MO  64086

SYED ASIF,
525 NE Olympic Ct.
Lees Summit, MO  64064

CLARA ASIF,
525 NE Olympic Ct.
Lees Summit, MO  64064

                                                 */s/ Ryan Shaw*
                                                 Attorney for Plaintiff