**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| BMO HARRIS BANK N.A., | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JASMIN & JAMEER ENTERPRISES, | ) | Case No. 4:16-cv-00826 |
| LLC, et. al, | ) | |
| DEFENDANTS. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF BMO HARRIS BANK, N.A.**

John T. Coghlan and Ryan E. Shaw of the law firm KUTAK ROCK LLP hereby withdraw as attorneys of record for Plaintiff BMO Harris Bank, N.A. Brian M. Holland of the law firm LATHROP GAGE LLP is hereby substituted as counsel for Plaintiff BMO Harris Bank, N.A. All future pleadings, notices and correspondence should be sent to LATHROP GAGE LLP at the address referenced below:

Brian M. Holland
LATHROP GAGE LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
bholland@lathropgage.com

Respectfully submitted,

KUTAK ROCK LLP

By: */s/ John T. Coghlan*
John T. Coghlan #36361

*/s/ Ryan E. Shaw*
Ryan E. Shaw #57897
2300 Main Street, Suite 800
Telephone: 816.960.0090
Telecopier: 816.960.0041
john.coghlan@kutakrock.com
ryan.shaw@kutakrock.com

LATHROP GAGE LLP

By: */s/ Brian M. Holland*
Brian M. Holland #51307
2345 Grand Blvd, Suite 2200
Kansas City, MO 64108
Telephone: 816.292.2000
Telecopier: 816.292.2001
bholland@lathropgage.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF System on the 5th day of March, 2018 and all parties of record thereby receiving service of the above.

*/s/ Brian M. Holland*