# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BMO HARRIS BANK N.A., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:16-cv-00826 |
| JASMIN & JAMEER ENTERPRISES, ) | |
| LLC, et. al, ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF SATISFACTION OF JUDGMENT

BMO Harris Bank, N.A., ("**Plaintiff**") hereby acknowledges satisfaction of the Default Judgment filed in the above captioned matter on September 30, 2016 (Doc. No. 14) (the "**Judgment**") in favor of Plaintiff and against Defendants Jasmin & Jameer Enterprises, LLC; Jas & Jam, LLC; Syed Asif; and Clara Asif (collectively, "**Defendants**"). Plaintiff has received payments it has accepted in full satisfaction of the Judgment. All liens arising out of the Judgment are hereby released.

Dated: March 5, 2018

Respectfully submitted,

**LATHROP GAGE LLP**

 /s/ Brian M. Holland
Brian M. Holland  #51307
2345 Grand Blvd., Ste. 2200
Kansas City, Missouri 64108
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
bholland@lathropgage.com

# **CERTIFICATE OF SERVICE**

       I hereby certify that, on March 5, 2018, I electronically filed the above document with the clerk of the court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. Copies of the above document were also sent by U.S. Mail to all of the Defendants at the addresses below:

JASMIN & JAMEER ENTERPRISES, LLC
c/o Clara Asif
10711 E Thompson Road
Lees Summit, MO 64086

JAS & JAM, LLC
c/o Clara Asif
10711 E Thompson Road
Lees Summit, MO 64086

SYED ASIF
525 NE Olympic Ct.
Lees Summit, MO 64064

CLARA ASIF,
525 NE Olympic Ct.
Lees Summit, MO 64064

                                            /s/ Brian M. Holland
                                            Attorney for Plaintiff